UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal No.  23cr10039 |
| | ) | |
| v. | ) | Violation: |
| | ) | |
| JOHN SULLIVAN, | ) | Count One: Hate Crime Acts |
| | ) | (18 U.S.C. § 249(a)(1)) |
| Defendant | ) | |

INDICTMENT

COUNT ONE
Hate Crime Acts
(18 U.S.C. § 249(a)(1))

The Grand Jury charges:

On or about December 2, 2022, in Quincy, in the District of Massachusetts, the

defendant,

JOHN SULLIVAN,

willfully caused bodily injury to G.N., and attempted to cause bodily injury to G.N. through the

use of a dangerous weapon, to wit, a vehicle, because of G.N.'s actual and perceived race and

national origin.

All in violation of Title 18, United States Code, Section 249(a)(1).

A TRUE BILL

FOREPERSON

TOREY B. CUMMINGS
ASSISTANT U.S. ATTORNEY
DISTRICT OF MASSACHUSETTS

TARA ALLISON
TRIAL ATTORNEY
CIVIL RIGHTS DIVISION

District of Massachusetts: February 15, 2023
Returned into the District Court by the Grand Jurors and filed.

/s/ Noreen A. Russo

DEPUTY CLERK

at 2:29 PM

2