# Criminal Case Cover Sheet
**U.S. District Court - District of Massachusetts**

**Place of Offense:**    **Category No.** II    **Investigating Agency** FBI

**City** Quincy

**County** Norfolk

**Related Case Information:**
- Superseding Ind./ Inf. _____ Case No. _____
- Same Defendant _____ New Defendant _____
- Magistrate Judge Case Number _____
- Search Warrant Case Number _____
- R 20/R 40 from District of _____

## Defendant Information:

**Defendant Name:** John Sullivan    **Juvenile:** ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

**Alias Name:** 

**Address:** (City & State) 125 GRANITE ST APT 424, QUINCY, MA 02169

**Birth date (Yr only):** 1945    **SSN (last4#):** 3923    **Sex:** M    **Race:** Caucasian    **Nationality:** USA

**Defense Counsel if known:** Patrick Donovan    **Address:** 234 Copeland St Suite 230, Quincy, MA 02169

**Bar Number:** 

## U.S. Attorney Information:

**AUSA** Torey B. Cummings    **Bar Number if applicable** 664549

**Interpreter:** ☐ Yes ☑ No    List language and/or dialect: _____

**Victims:** ☑ Yes ☐ No    If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☑ No

**Matter to be SEALED:** ☐ Yes ☑ No

☐ Warrant Requested    ☑ Regular Process    ☐ In Custody

## Location Status:

**Arrest Date:** 12/02/2022

☐ Already in Federal Custody as of _____ in _____
☐ Already in State Custody at _____ ☐ Serving Sentence ☐ Awaiting Trial
☑ On Pretrial Release: Ordered by: Norfolk County on 12/08/2022

**Charging Document:** ☐ Complaint    ☐ Information    ☑ Indictment

**Total # of Counts:** ☐ Petty    ☐ Misdemeanor    ☑ Felony 1

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** 02/15/2023    **Signature of AUSA:** TOREY CUMMINGS (Digitally signed by TOREY CUMMINGS Date: 2023.02.14 15:30:11 -05'00')

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**   John Sullivan

## U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 249 | Hate Crime Acts | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____