IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA,

              CRIMINAL NO.  23cr10039

    Plaintiff,

  v.

JOHN SULLIVAN,

    Defendant.

## CERTIFICATION OF THE ASSISTANT ATTORNEY GENERAL

  I, Kristen M. Clarke, hereby certify that in my judgment, prosecution by the United States

of JOHN SULLIVAN, for violating Title 18, United States Code, § 249(a), on December 2, 2022,

is in the public interest and is necessary to secure substantial justice.  This certification is made

pursuant to Title 18, United States Code, § 249(b).

Signed this 3rd day of Feb. , 2023

                Kristen M. Clarke
                Assistant Attorney General
                Civil Rights Division