UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 23-10039-JCB/DJC |
| | ) | |
| JOHN SULLIVAN, | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S MOTION PURSUANT TO FED. R. CRIM. P. 17 (c) (1) SUBPOENA DUCES TECUM**

NOW COMES the Defendant in the above-entitled matter and moves pursuant to Fed. R. Crim. P. R 17 (c) (1), for permission to issue the attached subpoenas for the production, before trial, of the medical and insurance records called for in said subpoenas for reasons stated in the accompanying Memorandum.

Respectfully Submitted,

JOHN SULLIVAN

By:    /s/ Jason S. Bolio
       Jason S. Bolio
       BBO # 654098
       Counsel for Defendant
       234 Copeland St, Suite 230
       Quincy, MA  02169
       Ph. (781) 326-6800
       jsb@boliocompany.com

Dated: October 13 , 2023

1

CERTIFICATE OF SERVICE

      I hereby certify that on this 13th day of October 2023, I electronically filed the foregoing documents and that they are available for viewing and downloading from the Court's CM/ECF system, and that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

      /s/ Jason S. Bolio
      Jason S. Bolio
      Counsel for Defendant