UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                    )
UNITED STATES OF AMERICA            )
                                    )
v.                                  ) CRIMINAL NO. 1:23-cr-10039-DJC
                                    )
JOHN SULLIVAN,                      )
       Defendant                    )
_____)

**JOINT MOTION FOR RULE 11 HEARING**

The Defendant moves, jointly with the Government to schedule his case for a Rule 11 hearing.

Counsel and the AUSA prosecuting the case are seeking the Rule 11 hearing for April 3, 2024 at 2:30 p.m.[1]

No interpreter is required and Mr. Sullivan is not in custody.

WHEREFORE, the Defendant and the United States move this Honorable Court to schedule his case for a Rule 11 hearing.

---

[1] Defense Counsel discussed this date with the Government and emailed to clerk relating to this date.

DATE:  March 25, 2024

Respectfully submitted,
John Sullivan
By his attorney,

/s/ Jeffrey Miller
Jeffrey Miller, Esq.
60 Leo Birmingham Pkwy., Ste. 103
Boston, MA 02135
BBO # 670561
(617) 482-5799
jmiller@millercriminaldefense.com

## CERTIFICATE OF SERVICE

I, Jeffrey Miller, hereby certify that this document, filed through the ECF System on March 25, 2024, will be electronically sent to the registered participants as identified on the Notice of Electronic Filing (NEF), and that papers will be sent to all non-registered participants who have appeared in this case.

/s/ Jeffrey Miller
Jeffrey Miller