UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 23-10039-DJC |
| | ) | |
| JOHN SULLIVAN, | ) | |
| | ) | |
| Defendant. | ) | |

ASSENTED-TO MOTION TO CONTINUE SENTENCING

With the defendant's assent, the United States of America moves the Court to continue the sentencing date, currently scheduled for July 11, 2024, to September 4, 2024 at 11:00am.

As grounds for this motion, the government states that the victim in this matter recently suffered the loss of a family member and he would like to participate in this sentencing. In order to give the victim time to attend to family issues, the government, with the assent of defendant, seeks this continuance.

.

Respectfully submitted this 28th day of July 2024,


JOHN SULLIVAN                              JOSHUA S. LEVY
Defendant                                 Acting United States Attorney

*/s/ Jeffrey M. Miller*                    */s/ Torey B. Cummings*
Jeffrey M. Miller                         Torey B. Cummings
Counsel for Defendant                     Assistant U.S. Attorney
                                          Tara Allison
                                          Trial Attorney, Civil Rights Division

1

<u>CERTIFICATE OF SERVICE</u>

      I hereby certify that on June 28, 2024, this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants.

*/s/ Torey B. Cummings*
Torey B. Cummings
Assistant U.S. Attorney
