# EXHIBIT D

6/18/24, 1:28 PM | Office of Public Affairs | Michigan Man Sentenced to Prison for Attacking Black Teenager | United States Department of Justice

Case 1:23-cr-10039-DJC Document 75-4 Filed 08/28/24 Page 2 of 5



PRESS RELEASE

# Michigan Man Sentenced to Prison for Attacking Black Teenager

Thursday, July 8, 2021

**For Immediate Release**

Office of Public Affairs

The Justice Department announced that a Michigan man was sentenced today for willfully causing bodily injury to a Black teenager because of the teenager's race.

Lee Mouat, 43, pleaded guilty on March 4. He was sentenced to 60 months in prison and three years of supervised release for his hate crime.

According to documents filed in connection with this case, Mouat admitted that he confronted a group of Black teenagers, including the victim, at a state park in Monroe, Michigan. Mouat repeatedly used racial slurs and said that Black people had no right to use the public beach where the incident occurred. Mouat then struck one of the teens in the face with a bike lock, knocking out several of the victim's teeth, lacerating his face and mouth, and fracturing his jaw. Mouat also attempted to strike another Black teenager with the bike lock.

"The defendant brutally attacked teenagers at a public beach because these young people are Black," said Assistant Attorney General Kristen Clarke for the Justice Department's Civil Rights Division. "Hate-fueled violent crimes like this have no place in our communities. Protecting Americans from hate crimes is a top priority of the Justice Department and we will use every tool available to bring perpetrators to justice."

"Our office is committed to protecting the rights of all citizens, and prosecuting hate crimes is a top priority," said Acting U.S. Attorney Saima Mohsin for the Eastern District of Michigan. "The cowardly and unprovoked attack on this young victim is terribly disturbing. Every individual citizen has the right to not live in fear of violence or attack based on the color of their skin."

6/18/24, 1:28 PM
Office of Public Affairs | Michigan Man Sentenced to Prison for Attacking Black Teenager | United States Department of Justice

Case 1:23-cr-10039-DJC Document 75-4 Filed 08/28/24 Page 3 of 5

"Combating hate crimes and protecting individual's civil rights is one of the top priorities of the FBI," said Special Agent in Charge Timothy Waters of the FBI Detroit Field Office. "Mouat was held accountable for his violent and hateful actions due to the collaborative efforts of the FBI, the Monroe County Sheriff's Office and the Department of Justice. The outcome of this case sends a clear message to our community that law enforcement at every level will investigate crimes motivated by hate and bring the perpetrators to justice."

This case was investigated by the FBI and prosecuted by Assistant U.S. Attorney Frances Carlson of the Eastern District of Michigan and Trial Attorney Tara Allison of the Civil Rights Division.

For more information and resources on the department's efforts to combat hate crimes, visit www.justice.gov/hatecrimes.

Updated July 8, 2021

**Component**

Civil Rights Division

Press Release Number: 21-636

# Related Content

**PRESS RELEASE**

### Justice Department's Investigation into International Commodities Trading Companies' Foreign Bribery Schemes Results in Six Corporate Resolutions and 20 Individuals Convicted

The Justice Department announced today that its long-running investigation into international commodities trading companies that paid bribes to win business with state-owned and state-controlled oil companies in Latin America and...

March 28, 2024

**PRESS RELEASE**

### Attorney General Merrick B. Garland Statement on Sentencings of Former Mississippi Law Enforcement Officers Who Tortured and Abused Two Black Men

Two former Mississippi law enforcement officers were sentenced today for the torture and abuse of two Black men in Rankin County, Mississippi. Hunter Elward, 31, a former Rankin County Sheriff's...

March 19, 2024

**VIDEO**

### Uniting Against Hate: Connecting Community Voices and Strengthening Law Enforcement Partnerships

February 16, 2024



### Office of Public Affairs
U.S. Department of Justice

6/18/24, 1:28 PM  Office of Public Affairs | Michigan Man Sentenced to Prison for Attacking Black Teenager | United States Department of Justice

Case 1:23-cr-10039-DJC   Document 75-4   Filed 08/28/24   Page 5 of 5

950 Pennsylvania Avenue, NW

Washington DC 20530



**Office of Public Affairs Direct Line**

202-514-2007

**Department of Justice Main Switchboard**

202-514-2000