**Exhibit One**

To the Honorable Judge Casper,

My name is Andrea Sullivan. I am the daughter of John Sullivan. I've worked in the medical field for the past 15 years at South Shore Medical Center.

My father John Sullivan has raised me to be kind and helpful to others. He taught me how to ride a bike, swim, practice sports, etc.

My dad attended birthdays, graduations, sports I played, and other events that were important to me.

We weren't the richest growing up but my father would work overtime in the Millwright Union just so my mother could stay at home until we were old enough to attend school. He kept a roof over our head, food in the fridge, and clothes on our back. We have had local vacations to the Cape and Maine leaving me with great childhood memories.

His upbringing wasn't ideal with 15 kids in his family so he wanted us to have it better than he did. I could always depend on my dad to be there for me whether it was a ride home, money, advice, or help with fixing something. I know not many people are fortunate enough to have a father in their life and I am grateful to have him.

Now that he is older suffering from chronic pain I am helping him out with remembering things, scheduling doctors appointments, talking to him daily, recovering from multiple surgeries, grocery shopping, visiting family & friends, and taking him to pay bills. My brother helps out on the weekends. He has actually aged mentally and declined physically over the past couple years due to stress, anxiety, and pain.

I love my father and will do whatever I can to keep him safe and healthy. He would do the same for me no questions asked.

My father is kind, generous, funny, and loves to help others. He would give you the shirt off his back.

He loves his granddaughter who thinks the world of him. She will be graduating high school this year and attending college.

I will list below some examples of my dad:

1. I was out walking my dog and my dad was helping a stranger change his tire. He said he was on his way to stop by to see me and saw this man needing help.
2. My cousins wife on my mothers side had a stroke a couple years ago and my father got her a wheelchair and crutches hoping for her to walk independently again.
3. Has given rides to friends and family and helped people out financially.
4. Has donated money to college funds, charities, and veterans.

5. Delivered turkeys every year to the less fortunate through the Elks club he belongs to.
6. He also contributed toys/clothes every Christmas to children in need.
7. Always picks up the bills when out to eat with family and friends.
8. In his younger years helped neighbors/friends/family shovel snow, yard work, fix things around their house, tiled floors for free, etc.

My dad could have had his own home but chose to help his family and friends and lives in a one bedroom apartment alone.

He has a great sense of humor and can make most people laugh. I couldn't ask for a better father.

Thank you for taking the time to read this.

Sincerely,
Andrea Sullivan