Exhibit Two

