# STEPHEN CANNON

13 Winterberry lane Hanover MA 02339

617-773-9396

Scannon855@aol.com



*Exhibit Three*

March 3, 2024

The Honorable Judge Casper

**Dear The Honorable Judge Casper:**

I am a retired Director of Engineering at the Gillette Company and a Board of Director for the Quincy Lodge of Elks 943. I have known John Sullivan (Jackie) for about ten years as a fellow member of the Quincy Elks.

Jackie has been an outstanding member of our lodge and is a very kind, charitable and gracious person. He is the first to offer support to those that need his expertise or kind word to get thru the day. He is beloved by all that know him and he is quick to volunteer whenever he is needed. He has never shown a bit of anger or resentment to any of our fellow members and I am happy to call Jackie my friend.

Sincerely,

Stephen Cannon