To the Honorable Judge Casper,

**Exhibit Four**

My name is Jason Sullivan. I am the only son and oldest child of John Sullivan.

I've worked in the Retirement/Financial Services industry for 30 years.

My Father instilled in me at a young age the importance of providing for your family.

He was in the trades as a member of the Millwright Union working 7/12 hour days so my Mother could stay home with us kids until we were all school age.

My Father came from a family of 15 Brothers and Sisters. They lived in the Columbia Point Projects as well as Dorchester through the years.

From age 7 he would venture out alone and look for any type of work, including picking up scrap metal, shining shoes and selling newspapers just to earn his own money.

To this day, he's the same way, waking up each day having to shave, get dressed and always on the move.

My Father has helped me out a great deal since buying my own home in 2004. Finding contractors for us, observing them while my wife and I were at work. Even painting as well as some other small jobs around the house. He's always been very handy.

He's also extremely generous, always picking up the bill when our family goes out to eat. He has also contributed financially to multiple family functions (ie Birthday parties, barbecues, Holidays etc). To say he is selfless is an understatement.

In 2005, my wife and I had a daughter, Amanda, who is also my father's only grandchild. He loves her to pieces and adores her greatly. She's now 18 and will be attending Westfield State University in the fall.

Being a hard worker all these years, he's unfortunately suffered various injuries. These required multiple surgeries including his back, neck and shoulder.

We're truly concerned for my Fathers well-being if he's incarcerated for an extended period of time. Not only physically at his age, but mentally.

Thank you for your time.

Sincerely,


Jason Sullivan