To: Honorable Judge Casper
From: John Mulcahy
Re: John Sullivan
Date: 2/24/2024



Exhibit Five

I am the son of a New York City police detective in the Bronx, New York. Additionally, I am a graduate of St. Bonaventure University as well as the Securities Industry Institute at the Wharton School of the University of Pennsylvania. I have spent my entire career (54 years) in the financial services industry. During my career I worked as an Executive Vice President of a Boston based brokerage firm for 17 years before opening my own firm in the financial services industry for 16 years. I met John Sullivan approximately 20 years ago when I joined the Quincy Lodge of Elks. Since that time, I have gotten to know John very well. Additionally, I have gotten to know his circle of friends. Over that time, I have met his son Jason and daughter Andrea. During that time John has consistently maintained his upbeat, positive spirit and attitude.

I consider John to be a kind and generous friend. Let me give you some examples of why:

-I personally know that he has spent countless hours working at improving his son's home, at his own expense.

-Every Thanksgiving the Elks provides turkeys for needy families in the area. I know that for at least 8 consecutive years he worked on Thanksgiving morning distributing those turkeys to the needy families.

-A fellow member of the Elks happens to be an elderly woman. When she indicated that she was ready to leave, John would interrupt whatever he was doing to help walk the woman safely to the car that would be waiting for her.

-On a personal note, I was moving to my current residence while I was recovering from a surgical procedure. John immediately volunteered to help me move.

I am happy to provide this letter on John's behalf.

John Mulcahy