To: The Honorable Judge Casper
From: Mary E. Johnston
RE: John Sullivan
Date: April 24, 2024



*Exhibit Six*

Dear Judge Casper,

I have known John Sullivan since I was a child in the late 1960s. He is my sister's ex-husband. He was dating my sister in the late 1960s and they were married in 1971 when I was 12 years old. My father died suddenly that year. Together with my sister, John showed tremendous support to me and my younger brother. Throughout our grief and shock, he comforted us and entertained us with day trips, games, jokes and treats that allowed us to feel like kids again. He also provided support and help to my widowed mother and the other members of our family. When I recently lost my mom, my younger brother, and my other sister over the past 5 years, John was present to offer support.

My personal background is as a career librarian. I attained a master's degree in library and information science. I have been married for 41 years and recently retired from my rewarding career.

Although John and my sister have been divorced for many years, John continues his devotion to his children and his children have remained devoted to him. He attends our holiday family gatherings with his children. Over the years he has continued to offer help to my family and has consistently displayed compassion and generosity towards us.

I have remained grateful to John for the years that he provided me with vital support in a time of need, knowing that he would, to this day, be one of the first to come forward in a time of need, and I have been cognizant of the many ways in which he has made a positive impact upon his wonderful children.

Very truly yours,

Mary E. Johnston