To the Honorable Judge Casper,



Exhibit Seven

My name is Mary L Rock, (Mary Lou), one of John Sullivan's younger sisters. (76 yo)
I am married and living with my husband, Howard in Waltham, MA. We have
Three (3) adult children and six (6) grandchildren.
I am retired after working at Newton-Wellesley Hospital for twenty-four (24) years.
Seven (7) years in the Employee Health Department and seventeen (17) years in the
Outpatient Rehab Services Dept. (PT, OT, Speech).

John Sullivan (Jack) is a good brother, has always tried to help people out whenever possible.
When we bought our first home, he tiled our whole bathroom at no charge!

Jack and his family enjoyed all of our family holidays and cookouts. We all took turns.
hosting these gatherings.

Jack is a great father of three (3) children and has always supported them in their endeavors.
Jack & his former wife have always stayed very close as a family unit.

Jack has had some mental health issues & depression but has always tried to push through.
He does seem confused at times (I believe it's the start of early dementia). He will be seventy-nine
(79) years old in September.

I pray that you could show him leniency.

Sincerely,

*Mary L. Rock* / 3-23-24

Mary L. Rock
182 Florence Rd
Waltham, MA 02453