To:   Honorable Judge Casper
From: Maureen (Sullivan) Swope
Date: March 21, 2024



Exhibit Eight

I am now one year retired from Mass General Brigham Hospitals Registration Department.  I am a younger sister of John (Jacky) Sullivan.  We come from a large family-oriented background with alot of good memories of growing up.

Jacky, along with my other older brothers, were extemely helpful to my mother and the rest of us younger ones in so many ways, and had always set good examples for us!

When my mother got older and sick, my sisters and I took turns staying with her, and Jacky would always call to check on her, and to see if anything was needed, and he would always come by with gifts for her.

Jacky has always been a very hard worker and a very good provider for his children Jason, Melissa, and Andrea; and he has always taken care of any work needed in their home for them and their mom, as well as his son Jason's home.  He has always stayed very close to them thoughout the years and it is obvious that they still have a very close relationship.

I glady submit this letter in behalf of John.

Sincerely,

Maureen Swope