

# M. J. SULLIVAN - GENERAL CONTRACTOR

141 BATES AVE
QUINCY, MA 02169

Mikedor45@hotmail.com
CELL # 617-947-5254

CONSTRUCTION SUP. LIC. #CS52834
HOME IMPROV. CONTR. REG. #123510



TO: HONORABLE JUDGE CASPER

DEAR JUDGE CASPER MY NAME IS MICHAEL SULLIVAN BROTHER OF JOHN SULLIVAN.
I AM A GENERAL CONTRACTOR WITHIN THE BOSTON AND QUINCY AREAS AND I LIVE AT 141 BATES AVE QUINCY 02169.
IN PAST YEARS JOHN HAS WORKED WITH ME ON A PART TIME BASIS DOING CARPENTRY AND PAINTING.
JOHN HAS ALWAYS BEEN A RESPONSIBLE PERSON WHILE WORKING WITH HIM OR LEAVING HIM TO TAKE CARE OF THINGS IF I HAD TO LEAVE.
HE WAS ALWAYS AWARE OF SURROUNDINGS WHEN IT CAME TO COMPLETE JOBS.
I HAVE KNOWN HIM ALL MY LIFE AS A PERSON WHO WAS ALWAYS KIND TO ME, HIS FAMILY AND FRIENDS.
I HAVE SEEN JOHN AT MANY FUNCTIONS AT THE ELKS SOCIAL CLUB WHERE HE WAS ALWAYS SOCIABLE AND GENEROUS.
I KNOW MY BROTHER AS A GOOD PERSON WHO HAS ALWAYS TAKEN CARE OF HIS FAMILY AND STILL DOES TODAY WHEN IN NEED.

THANK YOU,
MICHAEL SULLIVAN/ BROTHER OF JOHN SULLIVAN