March 13, 2024

To: The Honorable Judge Casper
From: Patricia M. Sullivan
Re: John Sullivan

 Exhibit Ten

I am John (Jack) Sullivan's youngest sister. I have worked in the medical field a total of 38 years (Kenmore Hosp. Carney Hospital for 27 years and South Shore Medical Center for 7 years), Liberty Mutual Insurance – Boston, Quincy School Bus Monitor and Stop & Shop Supermarket (the last two jobs part-time).

Jack worked as a young teen shining shoes and at Puritan Donut Shop, Dorchester. He graduated from Jeremiah Burke High School. Jack joined the Millwright Union and worked on many different projects in many different locations. He got along with his coworkers and others along the way. He was very good at tile work, loves to dance and sing.

Jack loves his family and has provided very well for them over the years. He has helped many other family members with their new homes as well as myself when I got my first apartment. He had tremendous respect for my oldest sister, Kathleen Dalton, my brother-n-law Richard Dalton and his older brother Big Jim Dalton. Both Dalton men were fellow members of the Millwright Union. All three deceased. Jack's generous spirit also applies to his friends, i.e., he would pick up one friend, who was a veteran living in Revere, so that he could socialize with his group of friends.

While on a few different union jobs, Jack sustained a few different injuries i.e. metal chard in his eye and a couple of back injuries, which he had no choice, but to go out on disability after several surgeries.

I am more than happy to provide this letter on my brother Jack's behalf. I am praying for a good outcome for him.

Sincerely,

Patricia M. Sullivan