To the Honourable Judge Casper,


Exhibit Eleven

I am writing this letter in reference to my brother John F. Sullivan, who is to be sentenced on 4/1/24. I am asking the court for leniency; my reasons are many. This situation has gone on for a long time. The stress of trials, ankle bracelets, and house confinement has been a tremendous financial burden for John and his family. John's children have suffered greatly because of this hate crime situation.

Please understand that myself and our 14 siblings take this matter of hate crime very seriously. We know John has had many setbacks in his life, including but no limited to, a complicated divorce and 8-9 back and neck operations; he is a physical and emotional wreck. He is nearly 80 years old, turning 79 this upcoming September. This situation has put great emotional stress on his children, especially his middle child who is emotionally and cognitively delayed. For that reason, she needs her father's companionship and support as much as possible.

Henceforth, please take these reasons into consideration during sentencing. Myself and my siblings would greatly appreciate it. Prison is no place for an elderly person.

Sincerely,

Robert Sullivan
Retired Vocational Educator
781-636-8832