Sanjay Patel
14 Summer Street,
Foxboro, MA, 02035
skp@smarthive.io
508.816.4523
5/30/2024


Exhibit Twelve

The Honorable Judge Casper
United States District Court
1 Courthouse Way
Boston, MA 02210

Re: Mr. John Sullivan

Dear Honorable Judge Casper,

My name is Sanjay Patel, and I am a first-generation immigrant running a successful cybersecurity startup. Over the years, I have engaged in various professional and community activities, establishing a strong reputation for reliability and trustworthiness. Today, I am writing to you regarding Mr. John Sullivan, a man I have known for over 15 years.

John is the grandfather of one of my daughter's best friends. Since we met, he has been a positive presence in our lives. Our families have grown close through numerous interactions and shared experiences. John's welcoming nature and gracious demeanor have always stood out. He profoundly loves his granddaughter and displays an unwavering commitment to his family and their friends. His dedication to those he cares about is truly commendable.

One particular instance that comes to mind is attending soccer games for my daughter and John's granddaughter. While other grandparents would buy ice cream for their own grandkids after the games, John went above and beyond by buying ice cream for all of his granddaughter's friends and their families. His generosity and thoughtfulness in these moments demonstrated his ability to foster a sense of unity and compassion among those around him. In these acts of kindness, John's true character shines, showing his dedication to positively impacting those around him.

In my opinion, John is a man of integrity and kindness. His contributions to his community and his devotion to his family reflect his strong character. John is of advanced age, and I firmly believe that his remaining years would be best spent surrounded by those who love and support him. His presence is invaluable to his family and friends, and I am confident that he has the potential to continue contributing positively to his community.

Thank you for considering my insights into John's character

Sincerely,

Sanjay Patel