UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA )<br>  )<br>   v. )<br>  )   Criminal No. 23-cr-10039-DJC<br> JOHN SULLIVAN, )<br>             DEFENDANT. )<br>  ) | |

**GOVERNMENT'S ASSENTED-TO MOTION TO SEAL ITS FORTHCOMING OPPOSITION TO DEFENDANT'S MOTION FOR COMPASSIONATE RELEASE**

The United States of America respectfully requests the Court's leave to file its forthcoming Opposition to the Defendant's Motion for Furlough under seal.

On January 28, 2025, the Defendant filed an Emergency Motion for Furlough (Dkt. No. 130). Defendant's Motion discussed and described the Defendant's medical conditions and medical needs, and included as exhibits medical records and other documents describing Sullivan's medical history.

The Government opposes the Defendant's request for furlough and intends to file a memorandum in opposition. The Government's opposition will discuss and describe Defendant's medical needs and attach medical records. Accordingly, in order to protect the Defendant's privacy rights, the Government requests leave to file its opposition under seal.

If the Government's request for leave to file under seal is granted, the Government will file its opposition under seal and will file a redacted version to the public docket.

The Government has conferred with counsel for the Defendant and the Defendant assents to the relief requested in this motion.

                                                      Respectfully submitted,

                                                      UNITED STATES OF AMERICA,

                                                      By its attorney,

                                                      LEAH B. FOLEY
                                                      United States Attorney

Dated: January 30, 2025                          */s/ Christopher Looney*
                                                      Christopher Looney
                                                      Torey Cummings
                                                      Assistant United States Attorneys

## **CERTIFICATE OF SERVICE**

       Undersigned counsel certifies that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

                                                      */s/ Christopher Looney*
                                                      Christopher Looney
                                                      Assistant United States Attorney

Dated: January 30, 2025